MCDONNELL DOUGLAS
CORPORATION,
Appellant,

v.

Les BROWNLEE, Acting Secretary
of the Army, Appellee.

No. 04–1239.

United States Court of Appeals,
Federal Circuit.

Sept. 24, 2004.

Reginald T. Blades, Jr., Principal Attorney, David M. Cohen, of Counsel Attorney, Washington, DC, for Appellee.

Rand L. Allen, Principal Attorney, Wiley Rein, Washington, DC, for Appellant.

ON MOTION

*ORDER*

Appellant moves to voluntarily dismiss this appeal. .

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the appeal is dismissed. Each party shall bear its own costs, expenses and attorneys' fees.

James A. KOKKINIS, Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, Respondent.

No. 04–3376.

United States Court of Appeals,
Federal Circuit.

Sept. 24, 2004.

Cristina C. Ashworth, James M. Kinsella, Michael F. Bahler, David M. Cohen, of Counsel, Washington, DC, for Respondent.

James A. Kokkinis, Woodlands, TX, pro se.

ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.